

## United States District Court
## Eastern District of California

Emmanuel Stephane Rukiranda

Plaintiff(s)

V.

Tonya Andrews, Warden et. al.

Defendant(s)

Case Number: 1:26-cv-01507-TLN-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Amy Hsu _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Emmanuel Stephane Rukirande

On _____11/06/2002_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Texas_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____02/19/2026_____      Signature of Applicant: /s/ ___Amy Hsu_____

**Pro Hac Vice Attorney**

Applicant's Name: Amy Hsu

Law Firm Name: Law Office of Amy Hsu, PLLC

Address: 2201 Main St., Suite 840

City: Dallas          State: TX      Zip: 75201

Phone Number w/Area Code: (214) 556-8401

City and State of Residence: Richardson, TX

Primary E-mail Address: amy.hsu@amyhsulaw.com

Secondary E-mail Address: amymhsu@hotmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Hani Bushra

Law Firm Name: Bushra Law

Address: 16541 Gothard Street. Suite 208

City: Huntington Beach          State: CA      Zip: 92647

Phone Number w/Area Code: (714) 984-2000          Bar # _____

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 23, 2026

_____
JUDGE, U.S. DISTRICT COURT